| | |
|---|---|
| 1 | James M. Lindsay (SBN 164758) |
| 2 | LINDSAY LAW CORPORATION |
|   | 21 Natoma Street, Suite 160 |
| 3 | Folsom, CA 95630 |
|   | Telephone: (916) 294-7573 |
| 4 | Facsimile: (916) 294-7583 |
| 5 | |
|   | *Attorneys for Plaintiff Carla Burdewick* |
| 6 | |
| 7 | Shana Scarlett (SBN 217895) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 8 | 715 Hearst Ave, Suite 202 |
|   | Berkeley, CA  94710 |
| 9 | Tel: (510) 725-3034 |
|   | Fax: (510) 725-3001 |
| 10 | E-mail: shanas@hbsslaw.com |
| 11 | |
|    | [Additional counsel on signature page] |
| 12 | |
|    | *Attorneys for Defendant Leslie's Poolmart, Inc.* |
| 13 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| CARLA BURDEWICK, on behalf of herself and all others similarly situated, | ) ) ) | Case No.  2:11-cv-01085-JAM -EFB |
| Plaintiff, | ) ) | **ORDER RE:  STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | ) ) | |
| LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

[PROPOSED] ORDER RE:  STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
Case No.  2:11-cv-01085-JAM -EFB

PDF created with pdfFactory trial version www.pdffactory.com

1
2      The Court, having considered the parties' Stipulation For Extension of Time to File
3  Answer or Otherwise Respond to Complaint, and good cause appearing, IT IS ORDERED
4  as follows:
5      Defendant shall have until May 12, 2011 to answer or otherwise respond to
6  Plaintiff's complaint.
7
8  Date:   April 27, 2011                    /s/ John A. Mendez_____
9                                            The Honorable John A. Mendez
                                             U.S. District Court Judge
10
11
12  _____

- 2 -

[PROPOSED] ORDER RE: STIPULATION FOR EXTENSION
OF TIMETO FILE ANSWER OR OTHERWISE RESPOND
TO COMPLAINT
Case No.  2:11-cv-01085-JAM -EFB

PDF created with pdfFactory trial version www.pdffactory.com