James M. Lindsay, State Bar No. 164758
LINDSAY LAW CORPORATION
21 Natoma Street, Suite 160
Folsom, California 95630
Telephone: (916) 294-7573
Facsimile: (916) 294-7583

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CARLA BURDEWICK, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>       Defendants. | CASE NO.  CV-11-1085-JAM-EFB<br><br>**ORDER REGARDING DEFENDANT LESLIE'S POOLMART, INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Date:   July 20, 2011<br>Time:   9:30 a.m.<br>Dept:   Courtroom 6<br>Judge:  Honorable John A. Mendez |

On May 12, 2011, Defendant Leslie's Poolmart, Inc. (hereinafter referred to as "Defendant") filed a motion pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims asserted in the complaint by Plaintiff Carla Burdewick (hereinafter referred to as "Plaintiff") on the grounds that the complaint fails to state a claim upon which relief may be granted. Plaintiff filed an opposition to the motion and Defendant filed a reply. The motion was heard on July 20, 2011 with Judge John A. Mendez presiding. At oral argument, James M. Lindsay appeared on behalf of Plaintiff and the putative class and Robert B. Carey appeared on behalf of Defendant.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  Upon review of the papers and documents filed in support of and in opposition to the
2  motion, having heard the oral arguments of counsel and good cause appearing therefor, the Court
3  finds that Plaintiff has sufficiently stated a cause of action for violation of California Civil Code
4  § 1747.08.

5  Accordingly, Defendant's motion to dismiss Plaintiff's complaint is DENIED.

6  IT IS SO ORDERED.

Date: July 26, 2011                             /s/ John A. Mendez

                                                The Honorable John A. Mendez
                                                UNITED STATES DISTRICT COURT JUDGE

ORDER REGARDING DEFENDANT'S MOTION TO            CASE NO.:  CV-11-1085-JAM-EFB
DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com