**FILED**

SEP 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARLA BURDEWICK, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:11-CV-01085-JAM-EFB <br><br> ~~[PROPOSED]~~ *jam* ORDER <br><br> Date: October 19, 2011 <br> Time: 9:30 a.m. <br> Judge: The Hon. John A. Mendez <br> Courtroom: 6 |

The Court having reviewed Defendant's Motion to Stay, and being fully advised in the premises, it is hereby

ORDERED that the Plaintiff shall file her response to the Motion to Stay ~~[September 28, 2011]~~ *jam* by *October 5, 2011* and Defendant shall file its reply within [~~7~~] *jam* *seven* calendar days thereafter; and it is further

ORDERED that this matter shall come on for hearing before this court on *October 19*, 2011, at *9:30 AM*.

Dated: September 22, 2011

/s/ J.A. Mendez
US DISTRICT COURT Judge

ORDER Case No. 2:11-CV-01085-JAM-EFB