FILED
SEP 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARLA BURDEWICK, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-01085-JAM-EFB<br><br>**[PROPOSED] ORDER**<br><br>Date: No Event Scheduled<br>Time: No Event Scheduled<br>Judge: The Hon. John A. Mendez<br>Courtroom: 6 |

The Court having reviewed Defendant's Ex Parte Application to Shorten Time to Respond to Motion to Stay Case Pending Settlement in *Haefner v. Leslie's Poolmart, Inc.*, Case No. 2:11-CV-01789-JAM-EFB, and being fully advised in the premises, ~~it is hereby ORDERED that the Plaintiff shall file her response to the Application to Shorten~~ Time by [September 28, 2011] _____ ~~and Defendant shall file its reply within [5] _____ calendar days thereafter; and it is further ORDERED that~~ this matter shall come on for hearing before this court on _____, 2011, at _____.

The Ex Parte Application to Shorten Time is GRANTED /jam/

Dated: September 22, 2011

                                                                         /s/ John A. Mendez
                                                                         U.S. District Court Judge

ORDER Case No. 2:11-CV-01085-JAM-EFB