**FILED**

SEP 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

CARLA BURDEWICK, on behalf of herself ) Case No. 2:11-CV-01085-JAM-EFB
and all others similarly situated, )
                                                                    )
                                    Plaintiff, )     **[PROPOSED] ORDER**
v.                                                             )
                                                                    )
LESLIE'S POOLMART, INC., a Delaware )    Date:  No Event Scheduled
corporation; and DOES 1 through 50, )    Time:  No Event Scheduled
inclusive,                                                 )    Judge: The Hon. John A. Mendez
                                    Defendants. )    Courtroom: 6
                                                                    )

The Court having reviewed Defendant's Ex Parte Application to Shorten Time to Respond to Motion to Stay Case Pending Settlement in *Haefner v. Leslie's Poolmart, Inc.*, Case No. 2:11-CV-01789-JAM-EFB, and being fully advised in the premises, ~~it is hereby ORDERED that the Plaintiff shall file her response to the Application to Shorten Time by [September 28, 2011] _____ and Defendant shall file its reply within [5] _____ calendar days thereafter; and it is further ORDERED that~~ this matter shall come on for hearing before this court on _____, 2011, at _____.

The Ex Parte Application to Shorten Time is GRANTED /s/ JAM

Dated: September 22, 2011                           /s/ John A. Mendez
                                                                     U.S. District Court Judge

ORDER Case No. 2:11-CV-01085-JAM-EFB