Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
STONEBARGER LAW, APC
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

James M. Lindsay, State Bar No. 164758
jlindsay@lindsaylawcorporation.com
LINDSAY LAW CORPORATION
21 Natoma Street, Suite 160
Folsom, CA 95630
Telephone  (916) 294-7573
Facsimile  (916) 294-7583

*Attorneys for Plaintiffs and the Class Settlement*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CARLA BURDEWICK, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.:  2-11-CV-01085-JAM-EFB<br><br>Related case:<br>CASE NO.:  2:11-CV-01789-JAM-EFB<br><br>**CLASS ACTION**<br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| ROBERT HAEFNER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br>LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Date:  February 8, 2012<br>Time:  9:30 a.m.<br>Dept.  6<br>Judge:  Hon. John A. Mendez |

1

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1      WHEREAS, Plaintiff Robert Haefner and Defendant Leslie's Poolmart, Inc. ("Leslie's")

2  have entered into a Settlement Agreement, which, if approved, would resolve this putative class

3  action;

4      WHEREAS, the parties have filed a joint motion for preliminary approval of the

5  Settlement Agreement, and the Court has reviewed and considered the motion, the supporting

6  brief, the Settlement Agreement, and all exhibits thereto, including the proposed class notice (the

7  "Notice"), and finds there is sufficient basis for granting preliminary approval of the Settlement

8  Agreement, directing that notice be disseminated to the class, and setting a hearing at which the

9  Court will consider whether to grant final approval of the settlement;

10      IT IS HEREBY ORDERED that:

11      1.      Pursuant to Plaintiffs' motion for preliminary approval of the Settlement

12  Agreement, the Class has been defined as:  All persons who purchased merchandise from a

13  Leslie's Pools retail store located in the State of California by using a credit card to make the

14  purchase, and whose personal identification information (telephone number, address, e-mail

15  address, and/or ZIP code) was requested and recorded by Leslie's in conjunction with the credit

16  card transaction, during the period of time between March 14, 2010 through entry of this Order.

17      The following are excluded from the Class:  (i) government entities; (ii) federal court

18  judges assigned to this case and their spouses and anyone within three degrees of consanguinity

19  from those judges and their spouses.

20      2.      The Court preliminarily approves the proposed settlement, finding that the terms

21  of the Settlement Agreement appear sufficiently fair, reasonable, and adequate to warrant

22  dissemination of the Notice of the proposed settlement to the Class.  The Court finds that the

23  Settlement Agreement contains no obvious deficiencies and that the parties entered into the

24  Settlement Agreement in good faith, following arm's length negotiation between their respective

25  counsel.

26  / / /

27  / / /

28

2

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1    3.    The Court appoints Stonebarger Law, APC, and Lindsay Law Corporation as

2  settlement Class Counsel under Rule 23(g) and Robert Haefner and Carla Burdewick as the Class

3  representatives.

4    4.    The Court hereby approves the form and procedures for disseminating notice of

5  the proposed settlement to the Class as set forth in the Settlement Agreement.  The Court finds

6  that the notice to be given constitutes the best notice practicable under the circumstances, and

7  constitutes valid, due, and sufficient notice to the Class in full compliance with the requirements

8  of applicable law.

9    5.    As set forth in the Settlement Agreement, Leslie's shall bear all costs and

10  expenses in connection with providing notice to the Class and administering the proposed

11  settlement.

12    6.    Any Class Member shall have the right to opt out of the Class and the settlement

13  by sending a written request for exclusion from the Class to the address listed in the Notice

14  postmarked no later than the deadline provided for such exclusion as set forth in the Notice.  To

15  be effective, the request for exclusion must include the Class Member's name, address, telephone

16  number, and signature and state his or her desire to be excluded from the Class.  Any Class

17  Member who does not submit a timely and valid request for exclusion shall be subject to and

18  bound by the Settlement Agreement and every order or judgment entered concerning the

19  Settlement Agreement.

20    7.    Any Class Member who intends to object to final approval of the Settlement

21  Agreement and/or the amount of attorneys' fees must send a letter, postmarked no later than the

22  deadline provided for such objection to the Court, Class Counsel, and Defense Counsel, as set

23  forth in the Notice.  Each objection must include the Class Member's name, address, telephone

24  number, and signature and the basis for the objection.

25    8.    Any Class Member wishing to speak at the Fairness Hearing must send a letter

26  stating his or her desire to appear in person, or through counsel, at the Fairness Hearing to the

27  Court, Class Counsel, and Defense Counsel no later than the deadline for such notice of intention

28

3

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1  to appear as set forth in the Notice.  Such notice of intention to appear must include the Class

2  Member's name, address, telephone number, and signature.

3          9.      The Court shall hold a Fairness Hearing addressing the final approval of the

4  Settlement Agreement, an award of fees and expenses to Class Counsel, and incentive payments

5  to the named Plaintiffs, before the undersigned at the United States District Court for the Eastern

6  District of California, Sacramento Division, Courtroom 6,  501 I Street, Suite 4-200, Sacramento,

7  CA 95814.  At the Fairness Hearing, the Court will consider:  (i) whether the settlement should

8  be approved as fair, reasonable, and adequate for the class; (ii) whether a judgment granting

9  approval of the settlement and dismissing the lawsuit with prejudice should be entered; and (iii)

10  whether Class Counsel's application for attorneys' fees and expenses and incentive awards for

11  the named Plaintiffs should be granted.

12          10.     The following schedule shall govern the class action settlement proceedings:

13          (i)      Leslie's must cause notice, substantially in the form attached to the joint

14  motion as Exhibit C (proposed Class Notice), to be provided pursuant to section 6 of the

15  Settlement Agreement, including e-mailing to every Class Member who has an email

16  address in Leslie's Poolmart's e-mail database that was associated with a credit card

17  transaction from a California Leslie's Pool retail store occurring during the Class Period.

18  Notice shall be e-mailed 60 days before May 29, 2012.

19          (ii)    Class Members must mail any letter objecting to the proposed settlement

20  on or before May 29, 2012.

21          (iii)   Class Members must mail any letter electing to exclude themselves from

22  the Class on or before May 29, 2012.

23          (iv)   Class Members wishing to appear at the Fairness Hearing must mail any

24  letter stating their intent to appear on or before May 29, 2012.

25          (v)    The parties shall submit motions for final approval of the proposed

26  settlement, including any exhibits or attachments thereto, on or before May 23, 2012.

27

28

4

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1           (vi)    The Fairness Hearing shall be held on June 20, 2012 at 9:30 a.m.  The

2 dates established for items (ii), (iii), (iv) and (vi) shall be included in the Notice emailed

3 to Class Members.

4        11.    Plaintiffs shall file, on or before May 15, 2012 their motion for an award of

5 attorneys' fees and costs to Class Counsel, and for an incentive award to the Class

6 representatives.

7

8 Dated:   February 9, 2012           /s/ John A. Mendez_____
                                       HON. JOHN A MENDEZ

9                                        U. S. District Court Judge

5

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com